# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Thomason v. Banks          Docket No.: 25-475

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jonathan Schoepp-Wong

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-2275          Fax: 212-356-1148

E-mail: jschoepp@law.nyc.gov

Appearance for: David C. Banks, NYC Dep't of Educ. / Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Sylvia Hinds-Radix / New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 1/4/2021          OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Jonathan Schoepp-Wong

Type or Print Name: Jonathan Schoepp-Wong